United States Courts
Southern District of Texas
FILED

November 07, 2024

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:24-cr-00578 |
| § | |
| BRYCE ANTHONY NAGY, § | |
| § | |
| Defendant § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Title 18, United States Code, § 875(c)
Interstate Communications with a Threat to Kidnap or Injure

On or about March 4, 2024, in the Houston Division of the Southern District of Texas and elsewhere,

**BRYCE ANTHONY NAGY**

did knowingly and willfully transmit, in interstate and foreign commerce, a threat to injure the person of another; to wit, the defendant left Facebook Messenger audio messages to employees of Arnold and Itkin, L.L.P., of Houston, Texas, known to the Grand Jury, and stated:

- "You should kill yourself…you should do it in a way that everybody can fucking see."
- "Should have just communicated with your fucking clients. Or I wouldn't have every floorplan in your fucking houses and all your fucking information."
- ""You're a motherfucking rat. A little law boy with some private school kids that ain't gonna make it nowhere."
- "I'm going kill you in a way no one's ever going to fucking forget."
- "I can't wait to meet your friends…stick a gun in their mouth.
- "I want to kill and murder you."
- "We have NVGs and going to fucking slaughter you. We're going to kill you in the night."
- "You little fucking faggot, I'll kill you."
- "I'm going to fucking end your life and fuck your kids to death."
- "I'll blend up your goddamn children."
- "Make more babies, they'll go in the blender, you little motherfuckers."
- "You're a dead little bitch, I'm coming to kill you."
- "You deserve to be dead with your morals."

1

- "I'm going to kill you for it, you're not going to fucking get away with it, you little bitch, you and your little rat friends."

All in violation of Title 18, United States Code, § 875(c).

A TRUE BILL:

*Original Signature on File*
FOREMAN OF THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney

BY: *Francisco J. Rodriguez*
Francisco J. Rodriguez
Assistant United States Attorney